IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KRYSTLE XYLINA MILLER-ALBAREZ

    Plaintiff,

v.                                                                                       Civ. No. 22-880 JHR/KK

MARTIN HEINRICH,

    Defendant.

## ORDER FINDING GOOD CAUSE TO DELAY

    THIS MATTER came before the Court *sua sponte* on review of the record. On November 23, 2022, Defendant Martin Heinrich filed a Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(1). (Doc. 3.) Briefing on the Motion to Dismiss is not yet complete. Pursuant to Federal Rule of Civil Procedure 16(b)(2), the Court FINDS good cause to delay entering a scheduling order at this time due to the pending Motion to Dismiss. The Court will set a Rule 16 Initial Scheduling Conference, if necessary, after the Court rules on the motion.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE